UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 Proceeding |
| | ) | |
| SHOOTS CONSTRUCTION, INC., | ) | No. 04-61042 |
| | ) | |
| Debtor. | ) | |

## MOTION TO LIFT THE AUTOMATIC STAY

Now comes DAVID TANNER, Creditor, by and through his attorneys, HELLER, HOLMES & ASSOCIATES, P.C. and GREGORIO & ASSOCIATES, LTD., and moves this Honorable Court for the entry of an Order lifting the automatic stay to allow Creditor to proceed against Debtor's insurance proceeds, pursuant to 11 U.S.C. § 362(d), and in support thereof, states as follows:

1.  David Tanner has a personal injury claim stemming out of an injury which occurred on September 19, 2001 while he worked as a union ironworker while at a construction project in Danville, Vermilion County, Illinois.

2.  A lawsuit is pending in Vermilion County, captioned David Tanner, plaintiff, v. CDI, Inc., Menards, Shoots Construction Company, Inc. ("Shoots"), et al., defendants, case no. 2004L 000048D 001.

3.  Shoots filed bankruptcy on or about September 21, 2004. Liability insurance coverage exists for Shoots Construction, Inc. for the claim being made by Creditor. Shoots has a commercial liability insurance policy with Erie Insurance Group and the policy has bodily insurance limits of $1,000,000.00 per occurrence.

4. Creditor is seeking to lift the automatic stay so he can proceed with his lawsuit in Vermilion County against Shoots and the other named defendants.

5. David Tanner would only recover from Shoots to the extent insurance coverage exists for the claim.

6. No harm will come to Shoots from this Court lifting the stay, as the liability policy provides for Shoots defense as well as coverage limits. Shoots will not be harmed financially by David Tanner's pursuit of this lawsuit.

7. Shoots' bankruptcy attorney and the trustee named in Shoots' bankruptcy action have indicated they have no objection to David Tanner's request to lift the automatic stay to proceed against the insurance coverage held by Shoots.

WHEREFORE, Creditor, DAVID TANNER, respectfully prays that this Honorable Court lift the automatic stay so that he can proceed with his lawsuit pending in Vermilion County, case number 2004L 000048D 001 against Debtor, Shoots Construction, Inc., to the extent of liability insurance coverage, and for such other and further relief as this Court deems just and proper.

Respectfully submitted,

DAVID TANNER, Creditor

By    /s/ Jason M. Crowder
      Of Heller, Holmes & Associates, P.C.
           His Attorneys

# CERTIFICATE OF SERVICE

    I, the undersigned, certify that a true and correct copy of the foregoing was either electronically served or mailed by U.S. Mail, postage fully paid, this 8th day of November, 2004, to the following:

| | |
|---|---|
| Robert T. Bruegge | Roy Jackson Dent |
| Attorney at Law | Brankey & Smith, P.C. |
| 400 St. Louis St., Suite 2 | 622 Jackson Avenue |
| P.O. Box 749 | Charleston, IL 61920 |
| Edwardsville, IL 62025 | |

                                      /s/    Jason M. Crowder

Subscribed and sworn to before me
this 8th day of November, 2004.

/s/    Katherine J. Storm
       Notary Public

JASON M. CROWDER
HELLER, HOLMES & ASSOCIATES, P.C.
1101 Broadway, P. O. Box 889
Mattoon IL 61938
TEL: 217-235-2700
FAX: 217-235-0743
a:tanner.motion/kjs2004-48/11052004

    -and-

TIMOTHY E. TAKASH
GREGORIO & ASSOCIATES, LTD.
Two N. LaSalle St., Suite #1650
Chicago, IL 60602
TEL: 312-263-2343
FAX: 312-263-2512